# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 20-62348-CIV-SMITH

HOWARD COHAN,

     Plaintiff,

vs.

GALT OCEAN FOODS, INC.,
d/b/a MCDONALD'S #27555,

     Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, GALT OCEAN FOODS, INC., d/b/a MCDONALD'S #27555 ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____2/2/2021_____

| | |
|---|---|
| BY:___/s/ Jason S. Weiss_____<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br>*Attorneys for Plaintiff* | BY:___/s/ Justin C. Sorel_____<br>Justin C. Sorel<br>Justin.Sorel@csklegal.com<br>Florida Bar No. 0016256<br>**COLE, SCOTT & KISSANE, P.A.**<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL 33401<br>Tel: (561) 383-9200<br>Fax: (561) 683-8977<br>*Attorneys for Defendant* |