UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62348-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

v.

GALT OCEAN FOODS, INC., d/b/a
MCDONALD'S #27555,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 10]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. Each party shall bear its own fees and costs.

3. All motions not otherwise ruled upon are **DENIED as moot.**

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of February, 2021.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record